IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-42-BO

| | | |
|---|---|---|
| SHISHIR OJHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SOUTHEASTERN REGIONAL | ) | |
| MEDICAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court following its entry of an order directing plaintiff to show cause why this case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service on defendants. [DE 9]. Plaintiff has failed to respond to the Court's order within the time provided or to show cause why this case should not be dismissed. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The clerk is DIRECTED to close the file.

SO ORDERED, this 2 Y day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE